IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACORY TYSHON TOWNSEND, # 310575, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:19-CV-1049-WHA-SMD [WO] |
| CHRISTOPHER GORDY, *et al.*, | ) ) | |
| Respondents. | ) | |

## **ORDER**

On February 5, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. # 14) is ADOPTED.

(2) This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE this 25th day of February, 2020.

      /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE